754

No. 533. RINN, ADMINISTRATOR, *v.* MUTUAL LIFE INS. CO. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Francis O'Sullivan* for petitioner. *Messrs. Silas H. Strawn* and *George T. Evans* for respondent.

No. 537. IRVING TRUST CO., TRUSTEE, *v.* BURNETT. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William J. Donovan* and *Theodore S. Hope, Jr.,* for petitioner. *Messrs. George W. Yancey* and *Walter Brower* for respondent.

No. 539. KAY & ESS CO. *v.* COE, COMMISSIONER OF PATENTS. December 6, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. R. F. Whitehead* for respondent.

No. 547. DELAWARE *v.* IRVING TRUST CO. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Ralph G. Albrecht* and *Amos J. Peaslee* for petitioner. *Mr. Godfrey Goldmark* for respondent.

No. 481. MEURER STEEL BARREL CO. *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. Emanuel A. Stern* for peti-